SLIP OPINION

Cite as 2016 Ark. 207

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS ACCESS TO JUSTICE FOUNDATION, INC. | **Opinion Delivered** May 12, 2016 |

## PER CURIAM

Bill Waddell, Esq., of Little Rock is reappointed to the Board of Directors of Arkansas Access to Justice Foundation, Inc., for a three-year term to expire on April 30, 2019. We thank Mr. Waddell for accepting reappointment to the board and for his work in this important endeavor.

Victoria Smith, Esq., of Fayetteville is appointed to the Board of Directors of Arkansas Access to Justice Foundation, Inc., for a three-year term to expire on April 30, 2019. We thank Ms. Smith for accepting appointment to the board.

Finally, the court expresses its gratitude to Dick Downing, Esq., of Little Rock, whose term has expired, for his years of valuable service to the board.